**EXHIBIT 1**



SIGNAL-TO-SCREEN OTT SOLUTION BRIEF

# Table of Contents

Framing the challenge..................................................................................................................3

How did we get here...................................................................................................................4

New mindset, better mousetrap................................................................................................5

Smarter tools, better services....................................................................................................6

    Live Streaming......................................................................................................................6

    Video Encoding.....................................................................................................................6

    Cloud Editing........................................................................................................................7

    Syndication...........................................................................................................................7

    Ad Insertion..........................................................................................................................8

    Subscriptions.......................................................................................................................8

    Players..................................................................................................................................9

    Reporting..............................................................................................................................9

One size can fit all.......................................................................................................................9

© 2016 Anvato Inc. All rights reserved. +1 877-826-8286 | www.anvato.com    2

## Framing the challenge

We've heard these words of wisdom before: "There must be a better way. It shouldn't be this hard. Find a better mousetrap." For today's content providers and programmers, whether traditional or digital, preparing and delivering content has never been more challenging or complex. As executives are charged with recreating the broadcast experience for over-the-top (OTT) delivery, they must assemble multiple vendors and manage highly-complex integrations. The result is an expensive and static operation that requires disruptive hardware updates every 24 months on average to stay competitive.



And that's just the tip of the iceberg: For many of these organizations, the problem has many symptoms. By architecting broadcast and digital as separate workflows, too many broadcasters paint themselves into a corner and are forced to bolt elements together to create even more complex solutions. Digital and broadcast workflows can, and should, be largely complementary and intersect often. Adding insult to digital injury, compromises run rampant with these cobbled together solutions, which result in headaches for important elements to an organization. How can they deal with the day to day challenges of supporting the workflow? Is it possible to adhere to best practices with little to no control over a multi-siloed strategy? How can they manage a roadmap? All daunting questions and challenges for any content provider. It shouldn't be this hard.

## How did we get here?

The broadcast video ecosystem has been forced to adapt to the challenge of screens of all shapes and sizes that have emerged to consume their content. For most premium content business models, there are roughly one dozen (or more) components of the video ecosystem that perform various tasks from ingest to transcoding, protecting and managing content to monetization, delivery and analytics. For programmers and broadcasters who have the need to deliver both on-demand and live content, especially for OTT and TV Everywhere offerings, the challenge to do so cost effectively and correctly is even more difficult. Legacy television business workflows have traditionally relied on hardware-based elements, which typically need refreshing every two years to stay current with the pace of technological change.



But in today's fast paced OTT/Everywhere domain, most of these inflexible hardware-only solutions will lead to a lost audience, siloed software, or hardware solutions that can solve some ecosystem challenges like dense transcoding, but that doesn't address a litany of other critical workflow elements. From content protection to authentication, player support for every device to analytics, live streams to dynamic ad insertion (DAI) in real time, the stakes and requirements are higher than ever. Silo or stand-alone solutions are trying to evolve, but cannot adapt as quickly or broadly as pure software. On-demand content models are under pressure from a more complex distribution landscape and are evolving to meet those requirements. Video on-demand (VOD) workflows require sophisticated editing, clip assembly, transcoding, packaging, and distribution. Broadcasters need the ability to create clips from multiple pieces of content, to include live programming, and to distribute their videos to their distribution endpoints with the proper content protection, packaging, syndication rules and do it all in a way that makes it easy for them to measure their success. Add to the mix the complexity in managing metadata, content, viewing rights, monetization and revenue sharing deals are no longer static; they depend on device and geography.

Lastly, mobile is no longer a "nice to have" feature but rather table stakes in today's universe of content. But unlike traditional broadcast or cable television, where standards have been well established over decades of maturation, mobile formats and standards are still evolving, and remain fragmented. For this reason, broadcasters must choose solutions and technology partners that respond quickly to the ever-changing media landscape.

© 2016 Anvato Inc. All rights reserved. +1 877-826-8286 | www.anvato.com                4

## New mindset, better mousetrap

New solutions are emerging that eliminate the need for modular, disjointed, and costly workflows that are a drain on capital expenses and resources. One example of this innovation is the Anvato Media Content Platform (MCP), which powers TV Everywhere and OTT experiences for many top tier programmers and hundreds of local television affiliates. In one cohesive, connected and highly efficient platform, requirements are met for live delivery, VOD asset creation, syndication to premium online destinations as well as traditional cable outlets and DAI, just to name a few. For programmers, broadcasters and content creators, this eliminates the concern over managing the complex integration between multiple vendors, the software interfaces between them, and the delay it adds to their time to market.



MCP represents Anvato's thoughtful approach to streamline content creation as a unified video supply chain. All elements have been purpose-built to work in concert with one another to form one comprehensive video supply chain. Every component can be managed from one point of presence. In short, it is the complete solution needed for today's complex and demanding video marketplace and audience.

## Smarter tools, better services

As we've touched on earlier, today's video ecosystem is a complex and perhaps unforgiving one. If you select the wrong tools, platforms and technology providers, you run the risk of missing the mark, shedding viewers and playing catch up in a cycle that could handicap your business for months or years. A cohesive, feature-rich and powerful platform can reduce multiple vendor dependencies, normalize workflows, create efficiencies and improve your time to market and execution. Let's examine the building blocks of the new video supply chain and what benefits each brings.



### Live Streaming

Ahh, yes. The misunderstood "digital onramp" to the cloud. As we've all read more and more about this "cloud"and how it can help us all do things more efficiently and with better scale, many in the broadcast space have perhaps scratched their head or turned it to one side as if hearing an unfamiliar sound. They wonder, "How do I get my baseband video signal from my facility to this wonderful cloud?" In years past, most broadcasters and program-mers have relied on purpose-built video encoders to help them initiate their live streaming offerings, at significant cost. This is no longer a requirement. Anvato's powerful software sits at the core of hardware we provide to pave that digital onramp to the Media Content Platform and all the machinations that a given workflow may call for. And your streams will look fantastic with stunning HD and 4K quality. No more specialized, expensive hardware to manage or replace. Ever.



### Video Processing

With the move to HD quality video on every screen, and 4K following right on its heels - the bar has been set high. Your content must look its absolute best on every piece of glass. At Anvato, we tackle this challenge with an intelligent, resource-aware hybrid cloud approach. When is it most cost-efficient to use the cloud and when should on-premise hardware resources be utilized? Anvato MCP has the algorithmic intelligence to determine which path is the most efficient and will leverage the best of the cloud and broadcast facility when appropriate. Your content is prepared for every screen with the highest quality in the most cost and resource effective manner possible.





## Cloud Editing

When seconds count, your content needs to be in front of your audience as quickly as possible. An event that will draw an audience - from a house fire, car chase or severe weather event, needs to be captured, clipped and delivered to viewers on a variety of platforms in near real time. From your app and website to Facebook and Twitter, the audience awaits that content. Conversely, when time isn't as large a concern but efficiency is, an editor in your operation needs the most efficient path toward generating a highlight clip. In both scenarios, the powerful HD Capture and Edit functionality in MCP can help with these edits. This cloud-based workflow can leverage SMPTE 608/708 closed captions to edit on a keyword or use a micro editing function to clip highlights precisely on the appropriate frame. Multiple edits from varied remote locations can happen simultaneously on the same piece of content. Automatically associate metadata or EPG information, so that every program is captured and segmented around program and ad boundaries - with access from any web browser, anywhere.



## Syndication

Your video content may live a number of lives in different places. It could be distributed to destinations other than your website or app. Or, you may seek for the largest reach for your programming, which will be distributed to some of the largest premium video destinations on the planet. Whether your programming will be distributed to your website or to Netflix or Hulu, you need a powerful syndication engine with no dependencies on other technologies or partners to help streamline and simplify your workflow. Configure the business logic to define how your video will be distributed and leverage our experience in building syndication adaptors for nearly 75 premium destinations globally. Eliminate the repetitive human touch associated with most syndication workflows on the market today, and simplify operations. "Fire once and forget" using the most robust syndication platform that meets the demands of customers like NBC Universal and Fox Sports.


## Ad Insertion

As Gordon Gekko famously said in 1997's "Wall Street," "What's worth doing is worth doing for money." The universe of those who create, distribute and broadcast content would whole heartedly agree. The state of the market today, and with Anvato's MCP, is such that any OTT content strategy should be designed from the ground up with an eye to be a profit center, not a cost center.



While we are talking about stitching, let's not forget that our proverbial knitting needles can also be applied to content. So the term "replacement" not only applies to ads, but also to programming as well. Complex distribution and syndication rights may mean that a sports event is blacked out in certain geographies or even zip/postal codes, or that a particular show can be broadcast but not streamed. Using our intelligent, intuitive approach, anything can be replaced on the fly and individualized per user.


## Subscriptions

Today's video distribution path can be complex and require adherence to a number of distribution rules - all for the same piece of content. Live, linear with dynamic ad insertion for one destination, authentication with cable/satellite credentials on another. Finally, pay per view for the same asset on a third destination. Until recently, programmers would have to rely on a variety of tools and vendors through which to execute on the aforementioned distribution paths. This isn't the case with Anvato MCP. One platform can help you manage each scenario and process payment for pay-per-view scenarios, too. Even if you're replanning to bring offshore content to ex-pats living in a particular region and want to stand up a product offering direct to the viewer, MCP has you covered.





## Players

It is safe to say that nearly every entity with plans or designs to offer or deliver content define success as reaching every screen. The good news is that this requirement is attainable today. The not so good news lies in how some technology partners choose to help you execute on that strategy. Gone are the days of the video format wars and the confusion in designing a matrix of technology, mapping platforms and screens with the technology that was designed to reach them. With Anvato, one solution reaches every screen - and includes a customizable player with a guarantee behind media delivery and monetization.



## Reporting

The information that describes how your content is performing is critical in shaping your decisions. What clips are being viewed the most?  What content is in position to make you the most money via DAI? How long is it taking on average for your video to start playing? All these data elements and many others are available in the analytics suite of Anvato's MCP. Harness a rich set of data and stand informed, knowing where your content is being viewed, where your referral visits are coming from and whether the majority of your audience is tablet, smartphone or on a desktop. Get all the information you need, independent of any other analytics platforms. And, if desired, you can use the data from MCP to complement other data sets from content delivery networks or other data analysis platforms.

## One size can fit all

Wouldn't it be nice to enjoy industry-leading features, quality, and flexibility – all with only one hand shake (and neck to choke)? To think so isn't to daydream, and you don't need to play the shell game between what is possible today with MCP versus what is another vendor's roadmap. Whether you are one of the largest broadcast brands in the world with 20+ networks under the umbrella, a service provider or a local television affiliate, MCP can help power your video offering today with a minimum of time, planning and effort on your part. Take advantage of the industry's most robust video supply chain and see what you can do to help future proof your product. Eliminate the headaches of multiple vendor management, mobile optimization, disparate workflows and inefficient execution on your strategy. Stop buying proprietary hardware that you must manage and maintain. Connect the dots and adopt a workflow that will enable you to execute on your video strategy and bring to market a rich product that leads the pack.