# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Daniel Louth
Plaintiff,

v.                                    Case No.: 1:21–cv–00405–MSM–PAS

NFL Enterprises LLC
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Pleadings shall be amended by January 16, 2023

2. All parties shall be joined by January 16, 2023

3. All factual discovery shall be completed by May 16, 2023

4. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by June 16, 2023

5. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 17, 2023

6. All expert discovery shall be completed by August 17, 2023

7. Dispositive motions shall be filed by September 18, 2023

The parties shall add any known additional defendants or third–party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

November 15, 2022                           By the Court:

                                                            /s/ Mary S. McElroy
                                                            United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401–752–7204