UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL LOUTH, individually and on )
behalf of all others similarly situated, )
                             )
           *Plaintiff,* )
                             )
v. )         C.A. No. 1:21-cv-00405
                             )         Hon: Mary S. McElroy
NFL ENTERPRISES LLC, )
                             )
          *Defendant.* )

## STIPULATION OF DISMISSAL WITH PREJUDICE

        Pursuant to Federal Rule of Civil Procedure 41, the parties hereto, represented by and

through the undersigned counsel, hereby stipulate that this action be dismissed with prejudice, and

request that the Court enter an order of dismissal.  Each side shall bear its own fees and costs.

Defendant is not waiving any rights under Federal Rule of Civil Procedure 41(d) by entering in

this stipulation.

*/s/ Stephen M. Prignano*
Stephen M. Prignano (3649)
50 Park Row West, Suite 109
Providence, RI 02903
Phone: (401) 351-7700
Fax: (401) 331-6095
sprignano@mcintyretate.com

Yitzchak Kopel*
Max S. Roberts*
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Phone: (646) 837-7150
Fax: (212) 989-9163
ykopel@bursor.com
mroberts@bursor.com

*Pro Hac Vice*
*Counsel for Plaintiff and the Putative Classes*

Dated: July 19, 2024

*/s/ Angel Taveras*
Angel Taveras (5552)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 427-6206
ataveras@apslaw.com

Eric C. Bosset*
Elizabeth Canter*
Marianne Spencer*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
ebosset@cov.com
mspencer@cov.com

*Pro Hac Vice*
*Counsel for NFL Enterprises LLC*

4871-6234-5682, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document with the Court's CM/ECF Filing System on the 19th day of July 2024, causing the same to be forwarded by electronic mail to all counsel and parties registered therewith.

/s/ Stephen M. Prignano